# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FELICIA YOUNG, individually, as surviving parent, and as Anticipated Administrator of the Estate of her deceased son, MALIK YOUNG, | ) ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) FILE NO.: _____ ) |
| v. | ) *Removed from* ) *Fulton County State Court* |
| PINE RIDGE MACON, LLC, CAPSTONE PROPERTY MANAGEMENT, LLC, NEW HOME, LLC, NEW HOME AT NORTHWOOD, LLC, and KMA FOXCROFT, LLC, | ) *Civil Action File No.: 21EV005606* ) ) ) ) ) ) |
| Defendants. | |

## DEFENDANTS' NEW HOME, LLC, NEW HOME AT NORTHWOOD, LLC, AND KMA FOXCROFT, LLC'S PETITION FOR REMOVAL

COME NOW, Defendants New Home, LLC, New Home at Northwood, LLC, and KMA Foxcroft, LLC by and through undersigned counsel, and shows this Honorable Court the following:

1.

This civil action was filed in the State Court of Fulton County, Georgia, said county being part of the Northern District of Georgia. (N.D.G.A. Local Rule

3.1(A), LR App. A, I). This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries, wrongful death, lost wages, and medical expenses, and the United States District Court for the Northern District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties.

3.

The amount in controversy exceeds $75,000.00, the statutory minimum amount, exclusive of interest and costs. This is an alleged wrongful death case, and it is undisputed that Plaintiff is seeking damages in excess of $75,000.00. See Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir. 2001) ("The district court may consider whether it is 'facially apparent' from the complaint that the jurisdictional amount in controversy.") (quoting Sierminski v. Transouth Fin. Corp., 216 F.3d 945, 949 (11th Cir. 2000)). Additionally, Plaintiff demanded $4 million from the Defendants' insurer. [See Demand Letter, attached hereto as Exhibit "A"].

4.

(a)     At the time of the commencement of this action in State Court, upon information and belief, Plaintiff Felicia Young is a citizen of Georgia.  [*See generally* Plaintiff's First Amended Complaint, at true and accurate copy of the Amended Complaint is included as Exhibit "B"].  Additionally, public records indicate Plaintiff resides in Macon, Georgia.

(b)     Defendant New Home LLC, at the time the action was commenced and at the present time, was and still is a Georgia limited liability company. Defendant New Home LLC's sole member is a citizen of the state of New York.

(c)     Defendant New Home at Northwood, LLC, at the time the action was commenced and at the present time, was and still is a North Carolina limited liability company.  Defendant New Home at Northwood, LLC's sole member is a citizen of the state of New York.

(d)     Defendant KMA Foxcroft, LLC, at the time the action was commenced and at the present time, was and still is an Oklahoma limited liability company.  Defendant KMA Foxcroft, LLC's sole member is a citizen of the state of New York.

(e)     Defendant Pine Ridge Macon, LLC, at the time the action was commenced and at the present time, was and still is a Georgia limited liability

company. Defendant Pine Ridge Macon, LLC's sole member is a citizen of the state of New York.

(f) Defendant Capstone Property Management, LLC, at the time the action was commenced and at the present time, was and still is a Georgia limited liability company. Defendant Capstone Property Management, LLC's sole member is a citizen of the state of New York.

5.

A true and correct copy of all process, pleadings, and orders served upon Defendants in this action are attached hereto as Exhibit "C."

6.

This civil action is based on a controversy between citizens of different states, and as outlined above, the amount in controversy exceeds $75,000.00. As such, this matter has become ripe for removal based on federal diversity jurisdiction.

7.

The instant Petition is being timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(b)(3), within thirty days of the service of Plaintiff's First Amended Complaint.

8.

The instant Petition is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the action.

9.

Accordingly, this action, over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332, is removable to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441.

10.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391, and N.D.G.A. Local Rule 3.1(B)(1)(a).  Specifically, Plaintiff's Complaint was filed in the State Court of Fulton County, which is part of the Atlanta Division. See N.D.G.A. Local Rule 3.1(A), LR App. A, I.

11.

As required by 28 U.S.C. § 1446(d), Defendants shall give written notice hereof to all adverse parties and shall file a copy of this Petition with the Clerk of the State Court of Fulton County.

12.

Defendants New Home, LLC, New Home Northwood, LLC, and KMA Foxcroft, LLC, represent that Defendants Pine Ridge Macon, LLC and Capstone Property Management, LLC do not object to this petition for removal.

WHEREFORE, Defendants New Home, LLC, New Home Northwood, LLC, and KMA Foxcroft, LLC request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this the  25th  day of  May , 2022.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road
Suite 1700-Salesforce Tower Atlanta      */s/ Chris J. Perniciaro*
Atlanta, Georgia 30326                    Matthew G. Moffett
Telephone:  (404) 870-7448                Georgia State Bar No.:  515323
Facsimile:   (404) 870-1030               Chris J. Perniciaro
Email:       mmoffett@grsmb.com           Georgia State Bar No.: 618477
             cperniciaro@grsmb.com        *Attorneys for Defendants New Home,*
                                          *LLC, New Home Northwood, LLC, and*
                                          *KMA Foxcroft, LLC*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the forgoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

Christopher B. Newbern
Andrew Hagenbush
Piasta Newbern Walker, LLC
3301 Windy Ridge Parkway, Suite 110
Atlanta, Georgia 30339

Mark E. Murray
The Murray Law Firm
2233 Peachtree Road NE
The Astoria 306
Atlanta, Georgia 30309

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the 25th day of May, 2022.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road
Suite 1700-Salesforce Tower Atlanta    */s/ Chris J. Perniciaro*
Atlanta, Georgia 30326                  Matthew G. Moffett
Telephone: (404) 870-7448               Georgia State Bar No.: 515323
Facsimile: (404) 870-1030               Chris J. Perniciaro
Email:     mmoffett@grsmb.com           Georgia State Bar No.: 618477

cperniciaro@grsmb.com *Attorneys for Defendants New Home, LLC, New Home Northwood, LLC, and KMA Foxcroft, LLC*