# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FELICIA YOUNG, individually, as surviving parent, and as Anticipated Administrator of the Estate of her deceased son, MALIK YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> PINE RIDGE MACON, LLC, CAPSTONE PROPERTY MANAGEMENT, LLC, and NEW HOME, LLC, <br><br> Defendants. | CIVIL ACTION <br> FILE NO.: 1:22-CV-02097-WMR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with FRCP 41(a)(1)(A)(ii), the parties hereto hereby stipulate to the dismissal of the above-styled action and all claims that were, or could have been asserted therein, with prejudice.

Respectfully submitted, this 21st day of November, 2023.

| | |
|---|---|
| **PIASTA WALKER HAGENBUSH, LLC** <br> 3301 Windy Ridge Parkway <br> Suite 110 <br> Atlanta, Georgia 30339 | */s/ Andrew L Hagenbush* <br> Andrew L. Hagenbush <br> Georgia Bar No. 127945 <br> Christopher B. Newbern <br> Georgia Bar No. 314463 |

Telephone: (404)-996-1296  
Email: chris@piastawalker.com  
Email: andrew@ piastawalker..com  
Email: ben@ piastawalker.com  

Benjamin R. Rosichan  
Georgia Bar No. 296256  
*Attorneys for Plaintiff*


**THE MURRAY LAW FIRM**  
2233 Peachtree Road NE  
The Astoria 306  
Atlanta, Georgia 30309  
Email: mmurray@murraylegal.com  

*/s/ Mark E. Murray*  
Mark E. Murray  
Georgia Bar No. 532002  

**GRAY, RUST, ST. AMAND,**  
**MOFFETT & BRIESKE, L.L.P.**  
950 East Paces Ferry Road, N.E.  
Suite 1700 – Salesforce Tower Atlanta  
Atlanta, Georgia 30326  
Telephone:   (404) 870-7448  
Facsimile:    (404) 870-1030  
Email: mmoffett@grsmb.com  
Email: cperniciaro@grsmb.com  
Email: npaisant@grsmb.com  

*/s/ Chris J. Perniciaro*  
Matthew G. Moffett  
Georgia State Bar No.:  515323  
Chris J. Perniciaro  
Georgia State Bar No.:  618477  
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing **Stipulation Of Dismissal With Prejudice** with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew G. Moffett, Esq.
Chris J. Perniciaro, Esq.
**Gray, Rust, St. Amand, Moffett & Brieske, LLP**
950 East Paces Ferry Road
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font

Dated this 21st day of November, 2023.

| | |
|---|---|
| **PIASTA WALKER HAGENBUSH, LLC** | */s/ Andrew L Hagenbush* |
| 3301 Windy Ridge Parkway | Andrew L. Hagenbush |
| Suite 110 | Georgia Bar No. 127945 |
| Atlanta, Georgia 30339 | Christopher B. Newbern |
| Telephone: (404)-996-1296 | Georgia Bar No. 314463 |
| Email: chris@piastawalker.com | Benjamin R. Rosichan |
| Email: andrew@ piastawalker..com | Georgia Bar No. 296256 |
| Email: ben@ piastawalker.com | *Attorneys for Plaintiff* |

| | |
|---|---|
| **THE MURRAY LAW FIRM**<br>2233 Peachtree Road NE<br>The Astoria 306<br>Atlanta, Georgia 30309<br>Email: mmurray@murraylegal.com | */s/ Mark E. Murray*<br>*[signed with express permission by Chris J. Perniciaro, Esq.]*<br>Mark E. Murray<br>Georgia Bar No. 532002 |